UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Automart Incorporation,
dba Auto Mart Inc., et al.

Plaintiffs, CIVIL 01-864 PAM

v.

David Gorman,

Defendant,

---

David Gorman,

Plaintiff, CIVIL 01-1209 DSD

v.

Auto Mart Inc.

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Civil Case 01-864 PAM having been assigned to Judge Paul A. Magnuson and Civil Case 01-1209 DSD having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Civil Case 01-1209 DSD, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: August 21, 2001.

**PAUL A. MAGNUSON**, Judge
United States District Court

Dated: August 23, 2001.

**DAVID S. DOTY**, Judge
United States District Court

FILED 8-24-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

F I L E C O P Y

Date: August 24, 2001 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-01209 Gorman v. Auto Mart Inc.

DOCKET ENTRY

ORDER OF DIRECTION FOR REASSIGNMENT OF RELATED CASE (Judge Paul A. Magnuson / 8/21/01) (Judge David S. Doty / 8/23/01) Civil case 01-864 PAM having been assigned to Judge Paul A. Magnuson and civil case 01-1209 DSD having later been assigned to Judge David S. Doty and said matters being related cases, it is ordered that civil case 01 1209, be assigned to Judge Paul A. Magnuson by use of a card on the master list. Case number remains the same except for Judge's initials (01-1209 PAM). Number with new initials to be used on all future pleadings or papers submitted to the Court in re this civil action. (c: attys.) 1pg

Hon. Paul A Magnuson, Judge

THIS NOTICE SENT TO ALL COUNSEL